ORDERED ACCORDINGLY.

Dated: September 8, 2014



_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| SEAN C. LEWIS, | Case No. 2:13-bk-03749-BKM |
| Debtor. | **ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE TRUSTEE** |

**APPLICATION PERIOD: MAY 24, 2013 THROUGH AUGUST 7, 2014**

Upon consideration of the *First and Final Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Trustee* (the "Application") filed by Allen Maguire & Barnes, PLC, as counsel for Dina L. Anderson (the "Trustee"), no objections thereto having been filed, and other good cause appearing,

**IT IS HEREBY ORDERED** approving the Application and allowing Allen Maguire & Barnes, PLC's compensation in this case in the amount of $3,000.00 and cost reimbursement of $96.22 for a total of **$3,096.22**.

**IT IS FURTHER ORDERED** authorizing the Trustee to pay Allen Maguire & Barnes, PLC's approved fees and costs provided there are sufficient funds on hand to pay all creditors of equal and higher priority.

**DATED AND SIGNED ABOVE**

*I:\6000\6100\6171-Anderson\111-Lewis.Sean\1st Fee App\Lewis Fee Order.doc*