**Dina L. Anderson**
**Chapter 7 Trustee**
21001 N. Tatum Blvd., #1630-608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Telephone: (480) 304-8312

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Sean C Lewis | ) | Case No. 13-03749-BKM |
| | ) | |
| | ) | **APPLICATION TO PAY** |
| | ) | **UNCLAIMED FUNDS TO THE** |
| Debtor. | ) | **U.S. BANKRUPTCY COURT** |
| | ) | |

Dina L. Anderson, Chapter 7 Trustee reports that the following distribution checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1003 | 09/03/14 | The Law Offices of Lerner & Rowe, P.C.<br>Attn: Donn M. Coolidge<br>2701 E. Camelback Rd, Suite 140<br>Phoenix, AZ 85016 | $3,666.67 |
| 1004 | 09/03/14 | The Law Offices of Lerner & Rowe, P.C.<br>Attn: Donn M. Coolidge<br>2701 E. Camelback Rd, Suite 140<br>Phoenix, AZ 85016 | $32.03 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $3,698.70 to the Clerk of the Court to be deposited in the Registry thereof.

Dated: January 28, 2015 */s/ DINA L. ANDERSON*
DINA L. ANDERSON
Chapter 7 Trustee

1